UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

MISC NO 08-02005 DLB

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PLAINTIFF** |
| v. | |
| **JASON M. DOWNEY,** | **DEFENDANT** |

\* \* \* \*

**SATISFACTION OF JUDGMENT AND RELEASE OF LIEN**

Judgment was entered for the plaintiff, and against the defendant, in the above entitled case in the United States District Court for the Eastern District of Kentucky. This judgment has been satisfied and a Certificate of Release of Lien has been mailed to the debtor. *See* Exhibit A.

Respectfully Submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: \s\ *Rajbir Datta*   *RSD*
Rajbir Datta
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507
859-685-4923
Rajbir.Datta@usdoj.gov