UNITED STATES OF AMERICA
DEPARTMENT OF JUSTICE

CERTIFICATE OF RELEASE OF LIEN
IMPOSED PURSUANT TO
THE ANTI-TERRORISM AND EFFECTIVE
DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE EASTERN DISTRICT OF KENTUCKY
AT Covington

I hereby certify that as to the following named debtor the requirements of Title 18 of the United States Code, section 3613(c) have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien for this judgment and statutory additions has thereby been released. The proper officer in the office where the Notice of Lien or Judgment was filed on January 14, 2008 is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant:       Jason Downey

Defendant's TIN:         ***-**-7099

Court Imposing Judgment: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY

Court Number:            Covington Crm. 08-2005

Amount of Judgment:      $21,210.00

Place of filing:         Book 39916 Page 517 GRANT County Clerk's Office, Williamstown, KY 41097

WITNESS my hand at Lexington on this, the __17__ day of __AUGUST__, 2021

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: _____
Rajbir Datta
Assistant United States Attorney
260 West Vine Street, Ste. 300
Lexington, Kentucky 40507
(859) 233-2661

STATE OF KENTUCKY

COUNTY OF FAYETTE

Subscribed, sworn to, and acknowledged before me by Rajbir Datta, Assistant United States Attorney for the Eastern District of Kentucky, on this the 17th day of August, 2021.

My Commission expires: February 18, 2024   Beverly Ann Adams   ID: KYNP2880

*Beverly Ann Adams*
NOTARY PUBLIC
Kentucky State at Large

THIS INSTRUMENT PREPARED BY:

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: _____
Rajbir Datta
Assistant United States Attorney
260 West Vine Street, Ste. 300
Lexington, KY 40507
(859) 233-2661